Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> DOES IMAGE 106470 IN PROSECUTION EXHIBIT 2 CONSTITUTE CHILD PORNOGRAPHY UNDER *UNITED STATES v. WARNER*, 73 M.J. 1 (C.A.A.F. 2013)?

No briefs will be filed under Rule 25.

No. 14–0783/NA. U.S. v. Marshand A. Woods. CCA 201300153. Appellee's motion to substitute a corrected brief is granted.

### Friday, February 13, 2015

No. 15–0369/MC. Raymion E. Richards, Appellant v. Robert F. Hedelund, Major General, U.S. Marine Corps and William R. Lieblein, Colonel, U.S. Marine Corps, Appellees. Notice is hereby given that a writ-appeal petition was filed under Rule 27(b) on this date. Appellees will file an answer no later than 10 days after the date of this notice.

### Wednesday, February 18, 2015

No. 15–0059/NA. U.S. v. Darron D. Ward, Jr. CCA 201400021. On consideration of Appellant's motion for leave to file and motion to file a corrected brief, and motion for leave to file and motion to file a substitute joint appendix, it is ordered that said motions are hereby granted.

No. 15–0370/AR. U.S. v. Christopher A. Bogus. CCA 20130224. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 5, 2015.

No. 15–0371/NA. U.S. v. Kevin C. Corcoran. CCA 201400074. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

No. 15–0372/NA. U.S. v. Pedro M. Bess. CCA 201300311. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 10, 2015.

Friday, February 20, 2015